UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| ANDREW N. MARTIN-SMITH, et al, ) | 2:10-CV-00403-PMP-PAL |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| RAMCOR SERVICES GROUP, INC., ) | |
| Defendant. ) | |

Before the Court for consideration are Plaintiffs' Motion for Approval of a Collective Action and For Order Requiring Defendant to Provide Contact Information (Doc. #24) filed March 19, 2011, and Defendant Ramcor Services' Motion for Partial Summary Judgment (Doc. #25) filed March 7, 2011.

A review of the Courts file shows that to date, no opposition has been filed to Plaintiffs' Approval of a Collective Action, and For Order Requiring Defendant to Provide Contact Information (Doc. #24). As a result, Defendant consents to the granting of Plaintiffs' motion.

Additionally, a review of the Court's file shows that notwithstanding to stipulated extensions of time for filing a response to Defendant's Motion for Partial Summary Judgment (Doc. #25), no timely response has been filed. Therefore, Plaintiff consents to the granting of Defendant's Motion for Partial Summary

Judgment (Doc. #25).

**IT IS THEREFORE ORDERED that** Plaintiffs' Motion for Approval of a Collective Action and For Order Requiring Defendant to Provide Contact Information (Doc. #24) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant Ramcor Services Group, Inc's Motion for Partial Summary Judgment (Doc. #25) is **GRANTED**.

DATED: April 25, 2011.

PHILIP M. PRO
United States District Judge