UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDREW N. MARTIN-SMITH, et al., | ) ) ) |
| Plaintiff(s), | ) ) |
| vs | ) Case # 2:10-CV-403-PMP-VCF ) |
| RAMCOR SERVICES GROUP, INC., | ) ) ORDER REFERRING CASE FOR |
| Defendant(s). | ) SETTLEMENT CONFERENCE ) |

This case is currently stacked on the calendar on **Tuesday, March 12, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

DATED this 29th day of October, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE