# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| ANDREW N. MARTIN-SMITH, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> RAMCOR SERVICES GROUP, INC., ) <br> ) <br> Defendant(s). ) <br> ) | Case # 2:10-CV-403-PMP-VCF <br><br> ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, March 12, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

DATED this 29th day of October, 2012.

*[signature]*

PHILIP M. PRO, U.S. DISTRICT JUDGE